UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON C. YBARRA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 19-cv-00420-PJH<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 2 |

    Plaintiff, a former detainee, has filed a civil rights action. Court mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable because plaintiff is no longer in custody. Plaintiff has not provided a current mailing address.

    More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

    **IT IS SO ORDERED.**

Dated: April 22, 2019

PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON C. YBARRA,<br><br>Plaintiff,<br><br>v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 19-cv-00420-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 22, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cameron C. Ybarra ID: 18670532
San Francisco County Jail #5
1 Moreland Drive
San Bruno, CA 94066

Dated: April 22, 2019

Susan Y. Soong
Clerk, United States District Court

By: /s/ Kelly Collins
Kelly Collins, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON